1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ANDRE DESHUN BELL

FILED
JUN 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 1:07-00113 LJO-1 |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING INITIAL |
| ) | APPEARANCE/ARRAIGNMENT |
| ) | DATE AND EXCLUSION OF TIME |
| ANDRE DESHUN BELL, ) | OLD DATE: 6\8\07 |
| ) | NEW DATE: 7\6\07 |
| Defendant. ) | 9:00 AM |
| | Judge O'Neill |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 6, 2007 at 9:00 a.m. for initial appearance/arraignment before The Hon. Lawrence J. O'Neill at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance to July 6, 2007, at

United States v. Bell, CR 1:07-00113 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT             - 1 -

1  9:00 a.m. will allow time to complete the investigation and determine whether or not the cases will
2  be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties
3  stipulate that the time from June 8, 2007, to July 6, 2007, should be excluded in accordance with the
4  provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel
5  and for adequate preparation of counsel.

7  DATED: 6/7/07                                    _____
8                                                   JOYCE LEAVITT
                                                    Assistant Federal Public Defender

10 DATED 6/7/07                                     _____
11                                                  STANLEY BOONE
                                                    Assistant United States Attorney

13     I agree to the stipulation set out above and promise to appear before The Hon. Lawrence J.
14 O'Neill, United States District Judge, on July 6, 2007, at 9:00 a.m. as ordered by the Court.

15 DATED: 6/7/07                                    _____
16                                                  ANDRE DESHUN BELL

*United States v. Bell*, CR 1:07-00113 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                         - 2 -

1  9:00 a.m. will allow time to complete the investigation and determine whether or not the cases will
2  be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties
3  stipulate that the time from June 8, 2007, to July 6, 2007, should be excluded in accordance with the
4  provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel
5  and for adequate preparation of counsel.
6
7  DATED: _____
8                                          _____
                                            JOYCE LEAVITT
9                                           Assistant Federal Public Defender

10 DATED: _____
11                                          _____
                                            STANLEY BOONE
12                                          Assistant United States Attorney

13     I agree to the stipulation set out above and promise to appear before The Hon. Lawrence J.
14 O'Neill, United States District Judge, on July 6, 2007, at 9:00 a.m. as ordered by the Court.
15 DATED: 6 7 07                            _____
16                                          ANDRE DESHUN BELL
17
18
19
20
21
22
23
24
25
26

*United States v. Bell*, CR 1:07-00113 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                 -2-

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 6, 2007, before The Hon. Lawrence J. O'Neill, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment.

IT IS FURTHER ORDERED that the time from June 8, 2007 to July 2, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 6/7/07

　　　　　　　　　　　　　　　　　　　　／s／ SM SNYDER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*United States v. Bell*, CR 1:07-00113 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                     - 3 -