**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ANDRE DESHUN BELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br><br> ANDRE DESHUN BELL , <br><br> DEFENDANT. | Case No.: 07-CR-00113 LJO <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL; AND STANLEY A. BOONE, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, ANDRE DESHUN BELL, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for 08/31/2007 be continued to 09/07/2007 at 9:00 a.m., or a date convenient to court and counsel.

    I recently returned from a two week overseas military active duty assignment and did not have an opportunity to review and discuss the pleas agreement with my client.

    Based upon the foregoing, I respectfully request that this matter be continued to September 7, 2007.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: 08/29/2007         /s/ David A. Torres
                          DAVID A. TORRES
                          Attorney for Defendant

                          McGREGOR W. SCOTT
                          United States Attorney

Dated: 08/29/2007         By /s/ Stanley A. Boone
                          STANLEY A. BOONE
                          Assistant U.S. Attorne

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).    Good cause exists for both.

IT IS SO ORDERED.

Dated:   **August 29, 2007**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing    2