**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
ANDRÉ DESHUN BELL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-CR-00113-LJO |
| PLAINTIFF, | |
| | **STIPULATION AND ORDER RE SENTENCING HEARING** |
| ANDRE DESHUN BELL, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL; AND STANLEY BOONE, ASSISTANT UNITED STATES

ATTORNEY: **COMES NOW** Defendant, ANDRE DESHUN BELL, by and through his

attorney of record, DAVID A. TORRES hereby requesting that the sentencing currently set for

12/07/2007  be continued to 12/14/2007 at 8:30 a.m.

In Kern County Superior Court felony readiness hearings and misdemeanor pre trial cases

are only heard on Friday mornings.  I have two readiness hearings as well as eight misdemeanor

pre trial cases currently scheduled Friday, December 7, 2007.

Currently, I have a matter scheduled before the Honorable Judge Ishii on December 14,

2007 at 9:00 a.m.  I have contacted AUSA Stanley Boone regarding the continuance of Mr. Bell's

sentencing hearing.  He has no objection to continuing this matter to December 14, 2007 as long

1    as it can be heard at 8:30 a.m.

2         Based upon the foregoing, I respectfully request that this matter be continued to

3    December 14, 2007 at 8:30 a.m.

4         The parties also agree that the delay resulting from the continuance shall be excluded in

5    the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(i).

6    Dated: 12/05/2007

7                                              /s/ David A. Torres
                                              DAVID A. TORRES
8                                             Attorney for Defendant

9                                             McGREGOR W. SCOTT
                                              United States Attorney
10

11   Dated: 12/05/2007                        By /s/ Stanley A. Boone
                                              STANLEY A. BOONE
12                                            Assistant U.S. Attorney

13

14

                                   **ORDER**
15
          IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.
16
     §3161(h)(8)(A) and §3161 (h)(8)(B)(i).
17

18

19
     IT IS SO ORDERED.
20
     **Dated:    December 5, 2007**              **/s/ Lawrence J. O'Neill**
21                                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28