PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

**Offender Name:**    Andre Deshun BELL

**Docket Number:**    1:07CR00113-01

**Offender Address:**    Redding, California

**Judicial Officer:**    Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

**Original Sentence Date:**    12/14/2007

**Original Offense:**    Counts 1-3: 18 USC 287 and 2 - False Claims and Aiding and Abetting    (CLASS D FELONIES)

**Original Sentence:**    15 months custody Bureau of Prisons; 36 months term of Supervised Release; $7,600 restitution; $300 special assessment; Mandatory drug testing.

**Special Conditions:**    Warrantless search; Financial disclosure; No new debt/credit; Not dissipate assets; Substance abuse testing and treatment; Co-payment for treatment and testing services.

**Type of Supervision:**    Supervised Release

**Supervision Commenced:**    01/21/2009

**Assistant U.S. Attorney:**    Stanley A. Boone    **Telephone:** (559) 497-4000

**Defense Attorney:**    David A. Torres (appointed)    **Telephone:** (661) 326-0857

**Other Court Action:**    None

RE:  **BELL, Andre Deshun**
     **Docket Number:  1:07CR00113-01**
     **REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The probation officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.      MISSED TESTING APPOINTMENT(S)**

**Details of alleged non-compliance:**  Pursuant to a special condition of supervision, the releasee began participation in a drug testing program on March 1, 2009.  The releasee has been required to submit two drug tests per month, but he failed to show for testing on May 2 and 11, 2009.

**United States Probation Officer Plan/Justification:**  When confronted, the releasee readily admitted he did not show up for testing on the above indicated dates.  The releasee stated he missed the test scheduled for May 2, 2009, because he did not know he had to call the drug testing program on Saturdays.  Regarding the test he missed on May 11, 2009, the releasee stated he did not report for testing because he did not have personal transportation, and did not want to take his infant child on the bus.

Considering the releasee has been admonished and advised that his drug testing requirements have been extended as a result of his non-compliance, it is recommended the Court take no additional formal action.

Should the releasee continue to find himself at variance from drug testing requirements or Court orders, the probation officer will seek Court intervention.

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **BELL, Andre Deshun**
 **Docket Number:  1:07CR00113-01**
 **REPORT OF OFFENDER NON-COMPLIANCE**


Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**Senior United States Probation Officer**
Telephone:  (530) 246-5366

**DATED:**   June 2, 2009
 Redding, California
 RCW:aph

/s/ Richard A. Ertola

**REVIEWED BY:**   _____

 **RICHARD A. ERTOLA**
_____ **Supervising United States Probation Officer**


**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.


(  )   Submit a Request for Modifying the Conditions or Term of Supervision.


(  )   Submit a Request for Warrant or Summons.


( X )   Other:  **Mr. Bell must be further admonished that further non-compliance Conduct will result in his being remanded to custody.**

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:    **BELL, Andre Deshun**
       **Docket Number:   1:07CR00113-01**
       **REPORT OF OFFENDER NON-COMPLIANCE**


cc:    United States Probation
       Stanley A. Boone, Assistant United States Attorney
       David A. Torres, Assistant Federal Defender

IT IS SO ORDERED.

**Dated:   June 9, 2009**                **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE