FILED

JUL - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00113-LJO |
|     Plaintiff, | |
| vs. | DETENTION ORDER |
| ANDRE DESHUN BELL, | (Violation of Pretrial Release, Probation or Supervised Release) |
|     Defendant. | |

 After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

     There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

    ____ There is clear and convincing evidence that the defendant has violated another condition of release and

    ____ based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

    ____ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

    ____ Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1 |     IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
2 | practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3 | Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant
4 | to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 7-9-2010

EDMUND F. BRENNAN,
UNITED STATES MAGISTRATE JUDGE

DetentionOrder(VPR).wpd                      2