UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

          RE:   Andre Deshun BELL
                Docket Number:  1:07CR00113-01
                <u>REQUEST FOR CONTINUANCE</u>

Your Honor:

The defendant last appeared before the Court on July 23, 2010, and he admitted a violation petition alleging a new law violation. The Court detained the defendant and continued the matter to August 13, 2010, for preparation of a Dispositional Memorandum and Sentencing. The Dispositional Memorandum has not been completed due to a combination of probation staff being out of the office on annual leave and training. Please continue sentencing to August 20, 2010, to allow for completion of the Dispositional Memorandum. The United States Attorney's Office and Defense Counsel have agreed to a continuance.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**Senior United States Probation Officer**

Dated:    August 10, 2010
             Redding, California
             RCW:aph

           /s/ Terence E. Sherbondy
**REVIEWED BY:**   _____
                     **TERENCE E. SHERBONDY**
                     **Supervising United States Probation Officer**

**RE:    BELL, Andre Deshun
         Docket Number:   1:07CR00113-01
         <u>REQUEST FOR CONTINUANCE</u>**


cc:   Stanley A. Boone
      Assistant United States Attorney

      Peggy Sasso
      Federal Defender's Office

_____

Although the Court agrees to continue this matter, the 20th is not available due to the Ninth Circuit Conference.  The matter is continued to 9 a.m. on August 27th, 2010.



IT IS SO ORDERED.

**Dated:   August 10, 2010**              <u>     /s/ Lawrence J. O'Neill         </u>
                                          UNITED STATES DISTRICT JUDGE